UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE ANDRE D. MILES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R.L. GOWER,<br><br>　　　　　Respondent. | No. 2:15-cv-1938 JAM DB P<br><br><br><br>ORDER |

　　　　By order filed May 4, 2016, petitioner's petition was dismissed and thirty days leave to file an amended petition was granted. On August 25, 2016, based on petitioner's change in address, the May 4, 2016 order was re-served on petitioner. Thirty days from that date have now passed, and petitioner has not filed an amended petition, or otherwise responded to the court's order.

　　　　Pursuant to Federal Rule of Civil Procedure 41(b), a petitioner's failure to comply with a court order can result in dismissal of his action. See also Rules Governing Section 2254 Cases, Rule 12. In the May 4 order, petitioner was advised that his failure to file a timely amended petition would result in a recommendation that this action be dismissed.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that petitioner shall file an amended petition, as described in the May 4, 2016 order, within twenty days. Petitioner's failure to timely file an amended petition may result in a recommendation that this action be dismissed without prejudice.

Dated: November 14, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/Mile1938.fta

2